UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:24-CR-00100 HEA JMB ) |
| KENDAL WHITE, a/k/a "KD", | ) ) |
| Defendant. | ) |

MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jennifer Szczucinski, Assistant United States Attorneys for said District, and moves the Court to order the Defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of the Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the United States of America states as follows:

1.  The Defendant is charged with kidnapping, in violation of 18 U.S.C. § 1201(a) and (g) an offense for which a minimum term of twenty years imprisonment is prescribed. Therefore, a rebuttable presumption in favor of detention exists.

2.  According to the St. Louis County Police Department, on August 10, 2023, the Defendant and co-Defendant Cam'Ron Henderson went to a residence in North St. Louis County, in search of a person they believed stole firearms from the Defendant. The Defendant and Henderson forcibly kicked in the door of the residence, armed with firearms. Inside the residence were two women and a two-year-old child. The person for whom they were searching is the father of the child, but he was not inside the residence. Rather than leave the residence, the Defendant demanded the child's mother give the Defendant the child. When she refused, the Defendant

repeatedly struck the child's mother in the head with a firearm, until she was unable to keep her grip on the child. The Defendant then grabbed the child and fled the residence with Henderson. Thereafter, the Defendant and Henderson went to the Clinton-Peabody housing complex near downtown St. Louis. After an Amber Alert identified the car in which the Defendant and Henderson had fled, the Defendant, concerned he would be located, gave the child to strangers he located in the housing complex, offering them money to take the child to the child's uncle's house.

3. While the Defendant does not have any adult convictions, he has a lengthy history in juvenile court, including adjudications for Robbery in the First Degree, Shooting at a Motor Vehicle, Resisting Arrest, and assault. The Defendant also has a history of absconding from juvenile court supervision.

4. There is a serious risk that the Defendant will flee, given the Defendant's history of flight from law enforcement, his prior escape, and the potential sentence the Defendant faces in this case.

5. The Defendant's juvenile history and the nature and circumstances of the offense charged, reflect that there is a serious danger to the community that would be posed by the Defendant's release.  Further, there are no conditions or combination of conditions that will reasonably assure the Defendant's appearance as required.

WHEREFORE, the United States requests this Court to order the Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of the Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


*/s/ Jennifer Szczucinski*
JENNIFER SZCZUCINSKI, #56906MO
Assistant United States Attorney